IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| TOBY KATZ<br><br>　　　　　　　Plaintiff,<br>v.<br>IRON HILL COMPANY, et al.<br>　　　　　　　Defendants. | CIVIL ACTION NO. 22-1012 |

## ORDER

**AND NOW,** this 7th day of March 2023, upon consideration of the Motion to Dismiss and to Strike Scandalous and Impertinent Allegations [Doc. No. 17] filed by Defendants Joseph and Donna Grasso, and the response thereto, it is hereby **ORDERED** as follows:

1. The Motion to Dismiss is **GRANTED in part** and **DENIED in part.** Plaintiff's claims under Sections 5104(a)(2) and 5105(a) of the Pennsylvania Uniform Voidable Transfers Act to void or set aside transactions that occurred before March 17, 2018 are **DISMISSED with prejudice**, and the Motion to Dismiss is otherwise **DENIED** in all other respects.

2. The Motion to Strike Scandalous and Impertinent Allegations is **DENIED**.

3. Defendants Joseph and Donna Grasso shall file answers to the Complaint within **14 days** of the date of this Order.

It is so **ORDERED.**

BY THE COURT:

/s/ Cynthia M. Rufe
_____
**CYNTHIA M. RUFE, J.**