IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| TOBY KATZ<br><br>**Plaintiff,**<br><br>v.<br><br>IRON HILL COMPANY, *et al.*<br><br>**Defendants.** | CIVIL ACTION NO. 22-1012 |

**ORDER**

**AND NOW,** this 8th day of May 2024, upon consideration of Plaintiff's Motion for Contempt and Sanctions Against Defendant Melissa Ann Russo [Doc. No. 105] and the response thereto, it is hereby **ORDERED** that the Motion is **DENIED without prejudice**.[1]

It is so **ORDERED**.

BY THE COURT:

/s/ Cynthia M. Rufe
_____
**CYNTHIA M. RUFE, J.**

---

[1] Plaintiff Toby Katz moves this Court for an entry of civil contempt and sanctions against Defendant Melissa Ann Russo for allegedly violating the Court's July 20, 2022 Order. The Stipulated Order read in part that Defendants are prohibited from "transferring, removing, conveying, assigning, encumbering or otherwise disposing of the Iron Hill Company property and/or assets." *See* Order, July 20, 2022 [Doc. No. 40]. Ms. Russo started and funded 520 Management with money from Iron Hill Company in 2019. In 2021, 520 Management was sold to Eric Cuadrado, Dmitri Laskaris and Joshua Zwirzina. *See* Def.'s Resp. Opp'n. [Doc. No. 112] at 2. Ms. Russo has been receiving monthly payments for her 2021 sale of 520 Management – a sale that occurred before Ms. Russo became a named defendant. There has been no determination by this Court that 520 Management is an Iron Hill asset or alter ego. Therefore, any motion for contempt and sanction against Melissa Russo for receiving payments for the sale of 520 Management is premature.